PS 8
(8/88)

# United States District Court
for
## Western District of Tennessee

FILED BY ?? D.C.

05 OCT 11 PM 4: 40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**U.S.A. vs. David Page**                                     **Docket No. 04-20085 D**

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Angela K. Yates presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable James H. Allen sitting in the court at Memphis, on the 26th day of February, 2004, under the following conditions:

1) Report to Pretrial Services as directed.
2) Surrender any passport to the clerk's office.
3) Obtain no passport.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

***SEE ATTACHMENT***

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant that David Page may appear and show cause as to why his bond should not be revoked.

BOND RECOMMENDATION: No bond / detention

ORDER OF COURT

Considered and ordered this 11 day of October, 2005 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Oct. 5, 2005

_____
U.S. Pretrial Services Officer

Place    Memphis, TN

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-12-05

(39)

PAGE, DAVID
Page 2

1) The defendant shall not commit any offense in violation of local, state, or federal law while on release in this case.

> On September 1, 2005, the defendant was arrested by the Collierville Police Department and charged with Theft of Property Over $10,000. Mr. Page was released on September 1, 2005, after posting a $20,000 bond. The affidavit of complaint in this case alleges the following. On March 23rd and March 25th, 2005, Reginald Eugene Gabriel, Jr. was given two checks by the defendant in the amount of $4,000 and $6,000 for a debt owed Mr. Gabriel by Mr. Page. The checks paid to Mr. Gabriel by Mr. Page were from the Bank of America and the account holder was listed as Global Concepts / Wilson Apparel. According to the investigative narrative in the case, when Mr. Gabriel attempted to cash the checks they were returned due to the account not existing. The defendant did report this arrest to the U.S. Pretrial Services Office as directed.

> On September 14, 2005, a warrant was issued for David Page by the Germantown City Court on the charge of Theft of Property Over $10,000. The defendant was arrested on the warrant on October 3, 2005, and released on his own recognizance. The affidavit of complaint in this case alleges the following. On December 22, 2004, Richard Crowe gave the defendant $2,500 cash after the defendant promised Mr. Crowe that he could double his investment in the defendant's business in thirty days. On January 10, 2005, Mr. Crowe gave the defendant $8,000 cash. When Richard Crowe attempted to get his money back from the defendant, Mr. Crowe was provided with two worthless checks from David Page. Mr. Page has failed to return Richard Crowe's original investment or to double Mr. Crowe's investment.

> On September 21, 2005, another warrant was issued for David Page by the Germantown City Court on the charge of Theft of Property Over $1,000. The defendant was also arrested on this warrant on October 3, 2005, and released on his own recognizance. The affidavit of complaint in this case alleges the following. On March 17, 2005, Larry Robertson gave the defendant a check in the amount of $4,000 after the defendant claimed that he could double Mr. Robertson's investment in his business in thirty days. When Mr. Robertson attempted to collect his money, the defendant provided Larry Robertson with a worthless check. Mr. Page has also refused to return Larry Robertson's money or to double his original investment as promised.

> The defendant has not reported the Germantown arrest on the above mentioned warrants to the U.S. Pretrial Services Office as required.

PAGE, DAVID
Page 3

2) Surrender any passport to the Clerk's office.

On February 26, 2004, passport 500104685 was surrendered to the Clerk of the U.S. District Court by the defendant. Records obtained from U.S. Immigration and Customs Enforcement (ICE) indicate that the defendant has repeatedly traveled overseas on another passport (passport 740178918) since February 26, 2004. ICE records indicate the following travel. On September 12, 2005, the defendant traveled from Atlanta to London via Delta Airlines. On August 28, 2005, Mr. Page traveled from London to Atlanta via Delta Airlines and he traveled to London from Atlanta via Delta Airlines on August 16, 2005. On July 14, 2005, the defendant traveled from London to Atlanta via Delta Airlines. Mr. Page traveled from Cincinnati to London via Delta Airlines on June 29, 2005. The defendant traveled on February 4, 2005, from Kuala Lumpur to Los Angeles via Malaysian Airlines and he traveled to Kuala Lumpur from Los Angeles on January 30, 2005. Mr. Page traveled from London to Atlanta via Delta Airlines on December 10, 2004, and from Atlanta to London on December 5, 2004, via Delta Airlines. On September 8, 2004, the defendant traveled from London to Dallas via British Airways and on September 1, 2004, Mr. Page traveled to London from Dallas via British Airways.



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CR-20085 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT