IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

05 OCT 28  AM 10: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.   CR. No.: 04-20085-D

David Page,

    Defendant.

## ORDER GRANTING MOTION TO CONTINUE DETENTION HEARING

IT APPEARING to the Court from all matters contained in the record, statements of counsel for the Defendant and statements from counsel for the United States that counsel's motion to continue defendant, David Page's current detention hearing is well taken, not opposed and ought to be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the detention hearing in this cause is hereby continued until Monday, October 31, 2005 @ 2:30 PM.

**IT IS SO ORDERED** on this the 27th day of Oct., 2005.

The Honorable
Tu M. Pham
United States Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  10-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CR-20085 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT